**Laxman S. SUNDAE, Appellant,**

v.

**W.D. SCHOCK COMPANY; William D. Schock; Ralph E. White; Robert B. Swenson; L. James Fortman; Dean C. Larson, doing business as International Idea Institute, Appellees.**

No. 01–3697.

United States Court of Appeals,
Eighth Circuit.

Submitted April 25, 2002.

Filed April 30, 2002.

**246**

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Laxman S. Sundae appeals the district court's order denying Sundae's Federal Rule of Civil Procedure 60(b) motion. All of Sundae's arguments in support of setting aside the district court's judgment could have been, but were not, raised in a timely appeal from the underlying judgment. Because Sundae's motion raised only "previously ruled upon legal matter[s] that he could have raised on a timely appeal, the district court was not required to grant relief under Rule 60(b) as a substitute for [Sundae's] exercising his right to appeal the alleged error[s]." *See Sanders v. Clemco Indus.*, 862 F.2d 161, 170 (8th Cir.1988). We thus affirm the district court's order. *See* 8th Cir. R. 47B.

Filed April 30, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.